UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TRAVIS ROGERS,

Plaintiff,

v.

MERIWEST CREDIT UNION, *et al.*,

Defendants.

Case No. 1:25-cv-02135-JLT-CDB

ORDER ON STIPULATION TO EXTEND *NUNC PRO TUNC* TIME FOR DEFENDANT PARAMOUNT RECOVERY SERVICE TO RESPOND TO COMPLAINT

(Doc. 8)

Plaintiff Travis Rogers initiated this action with the filing of a complaint on March 18, 2026. (Doc. 1).

Pending before the Court is the stipulated agreement of Plaintiff and Defendant Paramount Recovery Service, filed on May 7, 2026, for an extension of time within which said Defendant shall file its response to the complaint. (Doc. 8). The parties represent that Defendant requires "additional time to investigate Plaintiff's claims in order to file an appropriate answer or other pleading." *Id.* at 2.

The parties failed to include in their stipulation a proposed order and to provide an editable copy of their proposed order to the chambers' inbox, in violation of the Local Rules. *See* Local Rule 137(b), 143. The parties are admonished to comply with the Local Rules of this Court in all future filings.

For good cause shown, the stipulated request will be granted.

**Conclusion and Order**

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED that Defendant Paramount Recovery Service's deadline to respond to the complaint is extended *nunc pro tunc* to **May 26, 2026**.

IT IS SO ORDERED.

Dated:   **May 11, 2026**   _____

UNITED STATES MAGISTRATE JUDGE

2