UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS ROGERS,<br>Plaintiff,<br>v.<br>MERIWEST CREDIT UNION, *et al.*,<br>Defendants. | Case No. 1:26-cv-02135-JLT-CDB<br>ORDER GRANTING DEFENDANT MERIWEST CREDIT UNION'S SUBSTITUTION OF ATTORNEY<br>(Doc. 17) |

The Court has read and considered the filed Consent Order Granting Substitution of Attorney Form AO-154 of Meriwest Credit Union to substitute David G. Halm as counsel of record in place of Mark K. Worthge and Elizabeth M. Sanguinetti. (Doc. 17).

In light of the request and for good cause appearing, the substitution of attorney is GRANTED.

IT IS SO ORDERED.

Dated: **July 16, 2026**

UNITED STATES MAGISTRATE JUDGE